## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **MARIO FELIX VALLE, Individually and as Next Friend of his children, S.F., and S.F.,** | § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **17-CV-390-KC** |
| **KIRSTJEN M. NIELSEN, Secretary, U.S. Department of Homeland Security, UNITED STATES OF AMERICA, and UNKNOWN OFFICERS,** | § § § § § § | |
| **Defendants.** | § § § | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. On October 25, 2018, the Court dismissed Plaintiffs' claims against Defendant United States and ordered Plaintiffs to explain to the Court how they planned to proceed against Defendants Unknown Officers—the only remaining Defendants—on or before November 15, 2018. ECF No. 24, at 11. Plaintiffs have failed to respond to the Court's Order and failed to serve the individual officers pursuant to Federal Rule of Civil Procedure 4(m).

Plaintiffs' claims against Defendants Unknown Officers are hereby **DISMISSED** without prejudice. Because all claims against all Defendants in the case have been dismissed, the case is **DISMISSED**. The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 26th day of November, 2018.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE